## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATHANIEL SCOTT CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-11-28-R |
| | ) | |
| LARRY RHODES and JIM MULLET, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by Defendants during his detention at the Garvin County Jail.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary review.  On January 30, 2012, Judge Bacharach issued a Report and Recommendation, wherein he recommended that Defendants' motion to dismiss be granted.  The record reflects that Plaintiff has not filed an objection to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to file an objection.  Accordingly, the Report and Recommendation is hereby ADOPTED in its entirety and this matter is DISMISSED.  Judgment shall be entered accordingly.

IT IS SO ORDERED this 22nd day of February, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE